# *FILED SEPARATELY SHEET*

Civil Docket No. AMD-06-038

Criminal Docket No.

## *FILED SEPARATELY*

    Answer

☐  Answer and attachment(s)

☐  Attachment(s)

☐  Exhibit(s)

    Motion:

    Sealed

    Transcript of Proceedings before the Court on

    Transcript of Proceedings before SSA

☐  Deposition of taken on

☒  Other __ Consent Decree and APPROVAL signed by Judge Davis

## *MARGINAL ORDER*

For Pleading No.

See Pleading No.

**NO. 8**